■ In the Matter of REGINALD L. HUDSON et al., Respondents, v WHITE PLAINS BOARD OF EDUCATION, Appellant. [609 NYS2d 858] —Appeal from an order of the Supreme Court, Westchester County (Fredman, J.), dated January 21, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Fredman in the Supreme Court. Miller, J. P., Copertino, Santucci and Goldstein, JJ., concur.